UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON GRANT SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:21-cv-00204-DAD-EPG<br><br>ORDER REFERRING MOTION TO ASSIGNED MAGISTRATE JUDGE<br><br>(Doc. No. 33) |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion for attorney's fees filed by plaintiff (Doc. No. 33) is hereby referred to United States Magistrate Judge Erica P. Grosjean for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated:   **February 19, 2026**                                       _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1