UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON GRANT SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:21-cv-00204-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES<br><br>(Doc. Nos. 33, 39) |

Plaintiff Vernon Grant Sanders, proceeding with counsel, brought this action seeking judicial review of the Commissioner of Social Security's final decision denying his application for disability insurance benefits and supplemental security income under the Social Security Act. (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for attorneys' fees (Doc. No. 33) be granted.  (Doc. No. 39.)  Specifically, the magistrate judge reviewed plaintiff's counsel's time entries supported an award in the amount of $7,056.40.  (*Id.* at 3–4.)  The pending findings and recommendations were served on the parties.  To date, neither party has filed any objections to the pending findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file the court concludes that the findings and recommendations are supported by the record and by proper analysis.

1. The findings and recommendations issued on February 20, 2026 (Doc. No. 39) are ADOPTED in full;

2. Plaintiff's motion for attorneys' fees (Doc. No. 33) is GRANTED as follows:

a. Plaintiff is awarded attorneys' fees in the amount of $7,056.40;

b. Plaintiff's counsel shall reimburse plaintiff $5,725.00 for the Equal Access to Justice fees previously awarded pursuant to 28 U.S.C. § 2412(d) upon receipt of these fees; and

c. Plaintiff's counsel is directed to serve a copy of this order on plaintiff and file a certificate of service within seven (7) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **July 6, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2